EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Extensión de Términos <br> Por motivo de la concesión <br> Del día 5 de enero de 2009 | 2008 TSPR 194 <br><br> 175 DPR _____ |

Número del Caso: EM-2008-9

Fecha: 30 de diciembre de 2008

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Extensión de Términos
por motivo de la concesión
del día 5 de enero de 2009

RESOLUCIÓN

San Juan, Puerto Rico, a 30 de diciembre de 2008.

El Juez Presidente, Hon. Federico Hernández Denton, ha concedido a los empleados y funcionarios de la Rama Judicial el lunes 5 de enero de 2009, libre con cargo a la licencia de vacaciones.

A tal efecto, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, disponemos que al computar los términos establecidos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73, y se considerará el 5 de enero de 2009 como día feriado. Cualquier término a vencer el lunes 5 de enero de 2009, se extenderá hasta el próximo día laborable, 7 de enero de 2009.

Se ordena la inmediata difusión pública de esta Resolución.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo